IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL DAVID LEE WALKER                                                         PLAINTIFF

v.                               Case No. 6:21-cv-6144

CORPORAL CHRISTIAN TILLMAN                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Ford recommends that Defendant's Motion for Summary Judgment (ECF No. 19) be granted and that Plaintiff's claims be dismissed with prejudice.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 24) *in toto*. Accordingly, Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 8th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The instant Report and Recommendation was issued on August 24, 2022. On October 3, 2022, Plaintiff submitted a letter stating that he, as a non-ECF participant, had not received a copy of the Report and Recommendation. ECF No. 25. That same day, the Court mailed a copy of the Report and Recommendation to Plaintiff's address. However, Plaintiff has not submitted any objections as of this date and there has been no indication that the Report and Recommendation has been returned as undeliverable.